No. 88–1070. ASSOCIATED GENERAL CONTRACTORS OF AMERICA ET AL. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRA-

TION, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 3d Cir. Certiorari denied.